UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHAROAH BUB HAYWOOD, | No. 2:14-cv-2178 CKD P |
| Petitioner, | |
| v. | ORDER |
| RONALD RACKLEY, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has paid the filing fee.

Habeas Rule 2(c) requires that a petition 1) specify all grounds of relief available to the petitioner; 2) state the facts supporting each ground; and 3) state the relief requested.  Notice pleading is not sufficient; rather, the petition must state facts that point to a real possibility of constitutional error." Rule 4, Advisory Committee Notes, 1976 Adoption; see Blackledge v. Allison, 431 U.S. 63, 75 n. 7 (1977).  Allegations in a petition that are vague, conclusory, or palpably incredible are subject to summary dismissal.  Hendricks v. Vasquez, 908 F.2d 490, 491 (9th Cir. 1990).

Here, petitioner does not specify the grounds for relief and facts supporting each ground on the court's form.  Rather, he attaches numerous pages of argument concerning five purported claims.  One or more of these claims appears to assert a violation of state law, which is not

cognizable on federal habeas review. As the factual and legal bases of petitioner's claims are not entirely clear, the court will dismiss the petition under Rule 2(c) with leave to amend. In an amended petition, petitioner is advised to succinctly list the grounds for federal habeas relief, the facts supporting each ground, and the relief requested, on the form provided by the court.

Therefore, IT IS HEREBY ORDERED that:

1. Petitioner's application for writ of habeas corpus is dismissed with leave to amend within thirty days from the date of this order;[1]

2. Any amended petition must bear the case number assigned to this action and the title "Amended Petition"; and

3. The Clerk of the Court is directed to send petitioner the court's form for application for writ of habeas corpus.

Dated: October 8, 2014

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / hayw2178.114

---

[1] By setting this deadline, the court is making no finding or representation that the petition is not subject to dismissal as untimely.