UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHAROAH BUB HAYWOOD, | No. 2:14-cv-2178 CKD P |
| Petitioner, | |
| v. | ORDER |
| RONALD RACKLEY, | |
| Respondent. | |

Petitioner has requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel.

Petitioner has also requested a 60-day extension of time to file a traverse.

Good cause appearing, IT IS HEREBY ORDERED that petitioner's April 30, 2015 motion (ECF No. 15) is granted in part and denied in part as follows:

1. Petitioner's request for an extension of time is granted;

2. Petitioner shall file a traverse within sixty (60) days from the date of this order; and

////

1

3.  Petitioner's request for appointment of counsel is denied.

Dated: May 7, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2/md; hayw2178.110

2