IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FILED
Jul 25, 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHARAOH BUB HAYWOOD,<br><br>                    Petitioner,<br><br>          vs.<br><br>RONALD RACKLEY, Warden, Folsom State Prison,<br><br>                    Respondent. | No. 2:14-cv-02178-JKS<br><br>ORDER<br>[Re: Motion at Docket No. 21] |

At Docket No. 21, Pharaoh Bub Haywood, a state prisoner proceeding *pro se*, filed a letter dated July 19, 2016, requesting an extension of time to file a notice of appeal and a request for a certificate of appealability. This Court denied Haywood habeas relief and a certificate of appealability on June 23, 2016. Docket Nos. 19, 20.

A notice of appeal from a judgment rendered under 28 U.S.C. § 2254 must be filed within 30 days after entry of the judgment. *See* FED. R. APP. P. 4(a)(1)(A). The notice must include "the party or parties taking the appeal by naming each one in the caption or body of the notice," "the judgment, order, or part thereof being appealed," and "the court to which the appeal is taken." FED. R. APP. P. 3(c)(1).

Haywood's submission at Docket No. 24 contains the information required under Rule 3(c)(1) and was timely filed under Rule 4(a)(1)(A). The Court will therefore construe the filing as a timely-filed notice of appeal. With respect to his motion for an extension of time to file a request for a certificate of appealability, however, because this Court has already denied him a certificate of appealability, Haywood must request a certificate of appealability from the Ninth

Circuit Court of Appeals.  Any relief sought with respect to that request must also be directed to the Court of Appeals.

**IT IS THEREFORE ORDERED THAT** Haywood's filing at Docket No. 21 will be construed as a timely-filed notice of appeal.

**IS IT FURTHER ORDERED THAT** the Clerk of Court is directed to transfer Haywood's Request for an Extension of Time to File a Certificate of Appealability at Docket No. 21 to the Ninth Circuit Court of Appeals.

Dated: July 25, 2016.

/s/James K. Singleton, Jr.
JAMES K. SINGLETON, JR.
Senior United States District Judge